

# Court of Appeals
## Tenth Appellate District of Texas

MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVENUE, RM. 415
WACO, TEXAS 76701-1373

May 1, 2025

Aaron Pavlock
* DELIVERED VIA E-MAIL *

Ramon G. Viada III
* DELIVERED VIA E-MAIL *

Robert Thomson Jr.
* DELIVERED VIA E-MAIL *

**RE:**    Court of Appeals Number:  10-25-00099-CV
        Trial Court Case Number:  2331107

**STYLE:**  City of Huntsville, Texas
        v.
        Lucio Castilleja and Laura Castilleja

By order of the Supreme Court of Texas dated April 2, 2025, Misc. Docket No. 25-9016, the above cause has been transferred to the Fifteenth Court of Appeals District in Austin, Texas on this date. All future correspondence and filings regarding this cause should be directed to Christopher A. Prine, Clerk, Fifteenth Court of Appeals, William P. Clements Building, 300 West 15th Street, Suite 607, Austin, Texas 78701. The phone number is (512)463-1610, and the website is www.txcourts.gov/15thcoa.

Sincerely,

Sherry Williamson

Sherry Williamson, Clerk

cc:   Judge Robert Hill Trapp (DELIVERED VIA E-MAIL)
     Sherry L. Stephens (DELIVERED VIA E-MAIL)
     Judge Tracy Sorenson (DELIVERED VIA E-MAIL)
     Leslie Woolley (DELIVERED VIA E-MAIL)